# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CHARLES B. MCCARTHY & CYNTHIA J. MCCARTHY  Case Number: 04-75481
130 LIVERPOOL DRIVE, SE   SSN-xxx-xx-8348 & xxx-xx-4995
POPLAR GROVE, IL  61065

Case filed on: 11/3/2004
Plan Confirmed on: 2/4/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $14,170.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | ATTORNEY GARY C FLANDERS | 3,739.10 | 3,739.10 | 3,739.10 | 0.00 |
|  | Total Legal | 3,739.10 | 3,739.10 | 3,739.10 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 202 | CODILIS & ASSOCIATES P C | 0.00 | 0.00 | 0.00 | 0.00 |
| 213 | PREMIER BANKCARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 4,887.08 | 4,887.08 | 4,887.08 | 0.00 |
|  | Total Priority | 4,887.08 | 4,887.08 | 4,887.08 | 0.00 |
| 999 | CHARLES B. MCCARTHY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BOONE COUNTY TREASURER | 2,700.00 | 157.13 | 81.87 | 251.50 |
| 002 | OPTION ONE MORTGAGE CORPORATION | 8,075.30 | 1,164.08 | 1,164.08 | 0.00 |
| 021 | CANDLEWICK LAKE ASSOCIATION | 1,924.63 | 132.60 | 132.60 | 167.85 |
|  | Total Secured | 12,699.93 | 1,453.81 | 1,378.55 | 419.35 |
| 003 | INTERNAL REVENUE SERVICE | 899.00 | 899.00 | 335.50 | 0.00 |
| 005 | AQUA ILLINOIS | 358.69 | 358.69 | 133.86 | 0.00 |
| 006 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | COTTONWOOD FINANCIAL LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | DAILY HERALD | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | DIRECT TV | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | IL DEPT OF EMPLOYMENT SECURITY | 1,257.00 | 1,257.00 | 469.10 | 0.00 |
| 011 | MEDIACOM | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | PREMIER BANKCARD/CHARTER | 423.56 | 423.56 | 158.07 | 0.00 |
| 014 | ASSET ACCEPTANCE CORP | 1,707.69 | 1,707.69 | 637.28 | 0.00 |
| 016 | AFNI/VERIZON | 1,223.21 | 1,223.21 | 456.49 | 0.00 |
| 017 | JEFFERSON CAPITAL SYSTEMS, LLC | 780.38 | 780.38 | 291.22 | 0.00 |
| 018 | JEFFERSON CAPITAL SYSTEMS, LLC | 153.29 | 153.29 | 57.21 | 0.00 |
| 019 | ILLINOIS DEPARTMENT OF HUMAN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ASSET ACCEPTANCE CORP | 371.01 | 371.01 | 138.45 | 0.00 |
|  | Total Unsecured | 7,173.83 | 7,173.83 | 2,677.18 | 0.00 |
|  | Grand Total: | 28,663.94 | 17,417.82 | 12,845.91 | 419.35 |

Total Paid Claimant:   $13,265.26
Trustee Allowance:     $904.74
Percent Paid Unsecured:   37.32

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/29/2008  By  /s/Heather M. Fagan